**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ROSE MARIE MEBUS, | : | No. 116 MM 2017 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| GERALD LEPRE, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of August, 2017, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.